SLOAN, Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Kate A. Sloan against Bela R. Stone.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

ROBSON and FOOTE, JJ., dissent.

---

SMITH, Respondent, v. GEIGER, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Jeffrey Smith against William Geiger. No opinion. Order affirmed, without costs. See, also, 134 App. Div. 930, 118 N. Y. Supp. 1143.

---

SMITH, Respondent, v. HELLMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) Action by William H. Smith against Charles Hellman and another.

PER CURIAM. Under the complicated circumstances shown in the record, we think that the default of the defendants should have been opened on proper terms. The order is therefore reversed, and the motion to open the default and vacate the judgment is granted, on condition that the defendants within 20 days pay to the plaintiff the sum of $30 costs. In case the defendants fail to comply with this direction, the order is affirmed, with $10 costs and disbursements.

---

SMITH, Respondent, v. INTERNATIONAL GIANT SAFETY COASTER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Margaret Smith, as administratrix, against the International Giant Safety Coaster Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., votes for reversal, upon the ground that the damages are not warranted by the evidence.

---

SMITH, Appellant, v. LUCKENBACH, et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Mary Smith, as administratrix, etc., of Joseph Smith, deceased, against Edgar F. Luckenbach and others. No opinion. Reargument ordered, and case set down for Wednesday, November 20, 1912.

---

SMITH, Appellant, v. PARRY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by John Smith against Watkyn W. Parry.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.

---

SODEKSON et al., Appellants, v. MUTUAL BEN. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Bessie Sodekson and another against the Mutual Benefit Life Insurance Company. H. W. Bridges, of New York City, for appellants. B. G. Paskus, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 App. Div. 903, 112 N. Y. Supp. 1147.

---

SOTSKY, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Abraham Sotsky against Abraham Cohen. No opinion. Judgment and order affirmed, with costs. See, also, 136 N. Y. Supp. 1148.

---

SPENCER, Respondent, v. VILLAGE OF SALAMANCA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Mary Spencer against the Village of Salamanca. No opinion. Judgment and order affirmed, with costs.

---

SPRINGS et al., Appellants, v. HANOVER NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by Richard A. Springs and others against the Hanover National Bank. J. R. Abney, of New York City, for appellants. C. F. Brown, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on opinion in 145 App. Div. 188, 130 N. Y. Supp. 87. Order filed. See, also, 145 App. Div. 921, 133 N. Y. Supp. 1151.

---

SPRINTZ, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Charles Sprintz against Michael Cooper. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs. See, also, 135 N. Y. Supp. 1144.

---

SPRINTZ, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Samuel Sprintz against Michael Cooper. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs. See, also, 135 N. Y. Supp. 1144.

---

In re SPUYTEN DUYVIL ROAD. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of the Spuyten Duyvil Road. No opinion. Motion granted. Questions certified. Order filed. See, also, 145 App. Div. 917, 129 N. Y. Supp. 1147.

---

SQUIRES v. FITZHUGH SMITH CO. et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Lewis Squires against the Fitzhugh Smith Company and others. No opinion. Motion to dismiss appeal (from 133 N. Y. Supp. 916) granted, with $10 costs. Order filed. See, also, 150 App. Div. 924, 135 N. Y. Supp. 1144.

---

SQUIRES v. SMITH. (Supreme Court, Appellate Term, First Department. October 23, 1912.) Appeal from City Court of New York, Special Term. In the matter of supplementary proceedings by Lewis Squires, judgment cred-